JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARVIS NONNETTE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GAVIN NEWSOM et al.,<br><br>　　　　　　Defendants. | Case No. 5:20-cv-01218-CJC (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: January 7, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE